# UNITED STATES DISTRICT COURT

for the
Southern District of California

United States of America          )
               v.                    )
                       )          Case No. 25mj832
   EDGAR  GARCIA  OROZCO        )
           Defendant               )

## STIPULATED CONTINUANCE OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I agree to continue my preliminary hearing date to the date of my arraignment for the following reason(s):

☒ to obtain/review discovery
☒ to obtain/consider a pre-indictment offer from the United States
☐ other reason:

Date: 2/29/25

_E.A.G.O_
*Defendant's signature*

*Signature of defendant's attorney*

Marcus Bourassa  346125
*Printed name and bar number of defendant's attorney*

McKenzie Scott PC
1350 Columbia St, Ste. 600
San Diego, CA 92101
*Address of defendant's attorney*

MBourassa@McKenzieScott.com
*E-mail address of defendant's attorney*

619-794-0451
*Telephone number of defendant's attorney*

For good cause, taking into account the public interest in the prompt disposition of criminal cases, and with the defendant's consent, the Court continues the preliminary hearing date to __3/20/2025  9:30 AM__
                                                   JLB

Date: 3/4/2025

*Jill Burkhardt*

United States Magistrate Judge